

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN - 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDGE KEENAN 08 CV 5207

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2008

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
FILED
JUN 06 2008
S.D. OF N.Y.

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION            MDL No. 1789

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-56)**

On August 16, 2006, the Panel transferred four civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 444 F.Supp.2d 1347 (J.P.M.L. 2006). Since that time, 126 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable John F. Keenan.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Keenan.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of August 16, 2006, and, with the consent of that court, assigned to the Honorable John F. Keenan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A CERTIFIED TRUE COPY

JUN - 2 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK

IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION                    MDL No. 1789

SCHEDULE CTO-56 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**                **CASE CAPTION**

ARIZONA
~~AZ  2  08-832~~                    ~~Gloria Kopecky, et al. v. Merck & Co., Inc., et al.~~
                                     Opposed 5/27/08

DISTRICT OF COLUMBIA
1 DC  1  08-723                      Victoria Roddy, et al. v. Merck & Co., Inc.

UTAH
2 UT  2  08-340                      Joseph Hebert, et al. v. Merck & Co., Inc.
3 UT  2  08-341                      Vickie Jones v. Merck & Co., Inc.
4 UT  2  08-342                      Darlene Nelson, et al. v. Merck & Co., Inc.