Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
IN RE: :
Fosamax Products Liability Litigation : 1:06-md-1789 (JFK)
 :
-----------------------------------------------------x
*This Document Relates to:* : **NOTICE OF APPEARANCE**
Vickie Jones :
v. Merck & Co., Inc. :
 :
Case No: 1:08-cv-05207-JFK :
-----------------------------------------------------x

PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: July 7, 2008
      New York, New York                        Respectfully submitted,

                                                   By: _____/s/_____
                                                        David J. Heubeck

                                                        Venable LLP
                                                        750 E. Pratt Street, Suite 900
                                                       Baltimore, Maryland 21202
                                                       Tel:  (410) 244-7731
                                                       Fax:  (410) 244-7742
                                                       Email: djheubeck@venable.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 7, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                /s/
              David J. Heubeck

              Venable LLP
              750 E. Pratt Street, Suite 900
              Baltimore, Maryland 21202
              Tel:  (410) 244-7731
              Fax:  (410) 244-7742
              Email: djheubeck@venable.com